NEIL SKOUSEN (Utah Bar No. 10064)
ATTORNEY AT LAW
P.O. Box 1771
Orem, Utah 84059-1771
Tel: 801.376.6666
Email: Ndskousen@aol.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROBIN SNYDER,<br><br>  Plaintiff,<br><br>vs.<br><br>SHREE KRISHNA HOSPITALITY LLC dba MIDVALE INN, a Utah Limited Liability Company, and, SHREE KRISHNA HOSPITALITY LLC dba PARK INN BY RADISSON, a Utah Limited Liability Company,<br><br>  Defendants. | **STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE**<br><br>Case No. 2:23-cv-00053-HCN-DBP<br><br>Judge Howard C. Nielson, Jr.<br>Chief Magistrate Judge Dustin B. Pead |

Plaintiff Robin Snyder and above Defendants, by and through undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, do hereby stipulate and jointly move the Court to dismiss this action, claims and counterclaims, with prejudice.  The parties have resolved this matter by way of settlement and each of the parties shall bear its own attorney fees and costs.

///

///

///

///

A Proposed Order granting this stipulated motion has been concurrently filed.

Dated: July 15, 2025

Respectfully submitted,


*/s/ Neil Skousen*
Neil Skousen, Esq.
NEIL SKOUSEN
Attorney for Plaintiff

Dated: July 18, 2025

Respectfully submitted,


*/s/ Bryan Jackson*
Bryan Jackson, Esq.
BRYAN JACKSON
Attorney for Defendants
*(Electronically signed w/permission of Mr. Jackson)*

CERTIFICATE OF SERVICE

      I hereby certify that I have sent, via court e-filing system and/or email, a true and accurate copy of the above Stipulated Motion to Dismiss Case with Prejudice, and proposed Order, on July 18, 2022, to the following:

Bryan Jackson
Attorney for Defendants
Cedar City, Utah
Email: bryan@lawoffice456.com

Chief Magistrate Judge Dustin B. Pead
U.S. District Court for Utah
Salt Lake City, Utah

                                                */s/ Neil Skousen*